THE HONORABLE STACIE F. BECKERMAN

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
PORTLAND DIVISION

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,
                          Plaintiff,

vs.

CAMPUSPOINT CORPORATION. AND
VIEWPOINT, INC.

                    Defendants.

CASE NO. 3:21-cv-01429-SB

[PROPOSED] ORDER ENTERING
CONSENT DECREE

The Court, having considered the foregoing stipulated Consent Decree of the parties,

HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree

of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and

without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of

enforcing the Consent Decree approved herein until it expires according to its terms.

IT IS SO ORDERED

DATED:_____        _____
                                        HON. STACIE F. BECKERMAN

United States District Court Judge

PRESENTED BY:

*/s/ Roberta Steele*
Roberta Steele
Regional Attorney
Equal Employment Opportunity Commission


*/s/ Christopher Hawk*
Christopher Hawk
Gordon & Rees

*/s/ Courtney Angeli*
Courtney Angeli
Buchanan Angeli Altschul & Sullivan LLP