IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br>        Plaintiff,<br><br>vs.<br><br>CAMPUSPOINT CORPORATION. AND VIEWPOINT, INC.,<br><br>        Defendants. | CASE NO. 3:21-cv-01429-SB<br><br>ORDER ENTERING CONSENT DECREE |

The Court, having considered the foregoing stipulated Consent Decree of the parties, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of this action. This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees. The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms.

**IT IS SO ORDERED.**

DATED: _June 3, 2022_                           _/s/ Stacie F. Beckerman_
                                                                HON. STACIE F. BECKERMAN
                                                                U.S. Magistrate Judge

EEOC v. CAMPUSPOINT CORPORATION AND VIEWPOINT, INC.
3:21-cv-01429-SB
ORDER ENTERING CONSENT DECREE - 1

PRESENTED BY:

/s/ Roberta Steele
Roberta Steele
Regional Attorney
Equal Employment Opportunity Commission

/s/ Christopher Hawk
Christopher Hawk
Gordon & Rees

/s/ Courtney Angeli
Courtney Angeli
Buchanan Angeli Altschul & Sullivan LLP